UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDALL PARKES,

    Plaintiff,

v.                                                      CASE NO. 8:09-cv-2132-T-23MAP

U-HAUL CO. OF FLORIDA,

    Defendant.
_____/

**O R D E R**

The defendant moves (Doc. 19) for "reconsideration," and the plaintiff responds (Doc. 22) in opposition. However, the defendant's motion offers no legally or factually sufficient basis for "reconsideration." Neither "enforcing" nor refusing to "enforce" any contractual clause (except the agreement to arbitrate), the January 29, 2010, order commits the parties' dispute in toto to arbitration. The defendant's motion (Doc. 19) is **DENIED**.

ORDERED in Tampa, Florida, on March 18, 2010.

                                                                         STEVEN D. MERRYDAY
                                                                   UNITED STATES DISTRICT JUDGE